United States District Court
Southern District of Texas

**ENTERED**

January 19, 2017

David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-16-69 |
| | § | |
| | § | |
| | § | |
| DARRELL SWIRE | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing,

(Docket Entry No. 46). The  motion for continuance is GRANTED.  The sentencing hearing

is reset to **April 25, 2017 at 9:00 a.m.** The motion to file objections one day late, (Docket

Entry No. 42), is granted.

SIGNED on January 19, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge