United States District Court
Southern District of Texas
**ENTERED**
July 18, 2017
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-16-69 |
| | § | |
| | § | |
| | § | |
| DARRELL SWIRE | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing,

(Docket Entry No. 53). The  motion for continuance is GRANTED.  The sentencing hearing

is reset to **October 24, 2017 at 9:00 a.m.**

SIGNED on July 18, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge